**No. 62603.**—We Moderns, Inc. *v.* United States, protest 58/4755 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.